| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2018
David J. Bradley, Clerk

Wilfred LeDuff, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-18-473
§
Piping Technology & Products, Inc., §
§
　　　　Defendant. §

## Management Order

1. The motion for summary judgment is denied. (20)

2. By November 9, 2018, Piping Technology & Products, Inc., must give Wilfred LeDuff its time records for LeDuff.

3. If the parties have not settled by November 19, 2018, Piping may depose LeDuff between November 20 and December 4, 2018.

4. The parties must report the status of the case immediately after LeDuff's deposition is taken.

Signed on November 6, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge